McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br>GEORGE GALVAN,                     )<br>   aka "Cholo",                    )<br>   aka "Peperami",                 )<br>                                   )<br>            Defendant.             )<br>_____) | CR-S-04-0305 DFL<br><br>PRELIMINARY ORDER OF<br>FORFEITURE RE PERSONAL<br>PROPERTY OF GEORGE GALVAN |

Based upon the plea agreement entered into between plaintiff United States of America and defendant George Galvan, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately $16,706.00 in U.S. Currency seized on or about August 12, 2004.

2. The above-listed property constitutes or was derived from gross proceeds traceable to the commission of a violation of

1

1 | 21 U.S.C. §§ 846 and 841(a)(1).
2 |     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3 | designee) shall be authorized to seize the above-described
4 | property.  The aforementioned property shall be seized and held
5 | by the United States Marshals Service, in its secure custody and
6 | control.
7 |     4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule
8 | 83-171, the United States forthwith shall publish at least once
9 | for three successive weeks in the <u>Daily Recorder</u> (Sacramento
10 | County), a newspaper of general circulation located in the county
11 | in which the above-described property was seized, notice of this
12 | Order, notice of the Attorney General's and/or Secretary of
13 | Treasury's intent to dispose of the property in such manner as
14 | the Attorney General and/or the Secretary of Treasury may direct,
15 | and notice that any person, other than the defendant, having or
16 | claiming a legal interest in the above-listed property must file
17 | a petition with the Court within thirty (30) days of the final
18 | publication of the notice or of receipt of actual notice,
19 | whichever is earlier.
20 |       b.  This notice shall state that the petition shall be
21 | for a hearing to adjudicate the validity of the petitioner's
22 | alleged interest in the property, shall be signed by the
23 | petitioner under penalty of perjury, and shall set forth the
24 | nature and extent of the petitioner's right, title or interest in
25 | the property and any additional facts supporting the petitioner's
26 | claim and the relief sought.
27 |       c.  The United States may also, to the extent
28 | practicable, provide direct written notice to any person known to

1  have alleged an interest in the property that is the subject of
2  the Order of forfeiture, as a substitute for published notice as
3  to those persons so notified.
4      5.   If a petition is timely filed, upon adjudication of all
5  third-party interests, if any, this Court will enter a Final
6  Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all
7  interests will be addressed.
8      SO ORDERED this 19 day of October, 2006.

_____
DAVID F. LEVI
United States District Judge