McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-04-0305 DFL |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE GALVAN, | ) | |
| aka "Cholo", | ) | |
| aka "Peperami", | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on October 20, 2006, this Court entered a Preliminary Order of Forfeiture Re Personal Property of George Galvan pursuant to the provisions of 21 U.S.C. § 853 based upon the plea agreement entered into between plaintiff and defendant George Galvan forfeiting to the United States the following property:

      a.    Approximately $16,706.00 in U.S. Currency seized on or about August 12, 2004.

The Preliminary Order of Forfeiture became final as to defendant George Galvan on or about November 2, 2006.

AND WHEREAS, on November 6, 13, and 20, 2006, the United

States published notice of the Court's Preliminary Order of Forfeiture in the Daily Recorder (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States has provided direct written notice to Kitina Galvan;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendant George Galvan.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 4th day of April, 2007.

/s/ David F. Levi
DAVID F. LEVI
Chief United States District Judge