UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez  **RE: George Galvan**
United States District Judge  **Docket Number:  0972 2:04CR00305-007**
Sacramento, California  **PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

George Galvan is requesting permission to travel to Membrillos, Jalisco, Mexico.  George Galvan is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On November 2, 2006, George Galvan was sentenced for the offense(s) of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine.

**Sentence Imposed:**  168 months custody Bureau of Prisons, 5 years supervised release

**Dates and Mode of Travel:**  November 3-12, 2016, by plane

**Purpose:**  Visit parents, Leon and Bertha Galvan

RE: George Galvan
   Docket Number:  0972 2:04CR00305-007
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

         Respectfully submitted,

         /s/ Sara Gnewikow

         Sara Gnewikow
         Sr. United States Probation Officer

Dated: September 23, 2016
    Sacramento, California

**REVIEWED BY:**  /s/ George A. Vidales
         **George A. Vidales**
         **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒ Approved  ☐ Disapproved

| 9/262016 | /s/ John A. Mendez |
|---|---|
| Date | **John A. Mendez**
**United States District Court Judge** |