UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE:** **George Galvan**<br>**Docket Number: 0972 2:04CR00305-007**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

George Galvan is requesting permission to travel to Membrillos, Jalisco, Mexico. Mr. Galvan is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 2, 2006, George Galvan was sentenced for the offense of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine.

**Sentence Imposed:** 168 months custody Bureau of Prisons, 5 years Supervised Release.

**Dates and Mode of Travel:** December 13-31, 2017, by airplane.

**Purpose:** Visit parents, Leon and Bertha Galvan.

**RE:  George Galvan
     Docket Number:  0972 2:04CR00305-007
     PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*Sara Gnewikow*
Sara Gnewikow
Sr. United States Probation Officer

Dated: October 4, 2017
       Sacramento, California
       SG:cd

**REVIEWED BY:**    George A. Vidales
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒    Approved        ☐    Disapproved

**10/5/17**                           **/s/ John A. Mendez**
**Date**                              **John A. Mendez**
                                      **United States District Court Judge**