UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE:** **George Galvan**<br>**Docket Number: 0972 2:04CR00305-007**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

George Galvan is requesting permission to travel to Membrillos, Jalisco, Mexico. Mr. Galvan is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 2, 2006, George Galvan was sentenced for the offense of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine.

**Sentence Imposed:** 168 months custody Bureau of Prisons, 5 years Supervised Release.

**Dates and Mode of Travel:** February 28-March 14, 2019, by airplane.

**Purpose:** Visit father and sister, Leon and Bertha Galvan.

1

REV. 06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    George Galvan
        Docket Number:  0972 2:04CR00305-007
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*/s/ Sara Gnewikow*

Sara Gnewikow
Sr. United States Probation Officer

Dated:  January 4, 2019
        Sacramento, California
        SG:cd

_____(For)_____
**REVIEWED BY:    Ronnie Preap
                 Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒    Approved        ☐    Disapproved

| | |
|---|---|
| **1/7/2019** | **/s/ John A. Mendez** |
| **Date** | **John A. Mendez**<br>**United States District Court Judge** |